**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DARRYL HEFFNER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00822-SDJ-AGD |
| | § | |
| JANELLE HAVERKAMP, et al. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2026, the Report of the Magistrate Judge, (Dkt. #80), was entered containing proposed findings of fact and recommendation that (1) Judge Johnson's Motion to Dismiss, with Brief (Dkt. #40) be granted with prejudice, (2) Cooke County's Motion to Dismiss, with Brief (Dkt. #41) be granted with prejudice, (3) the Wright Defendants' Amended Motion to Dismiss for Plaintiff's Failure to State a Claim (Dkt. #44) be granted without prejudice, (4) Judge Robison's Motion to Dismiss (Dkt. #52) be granted with prejudice, (5) Judge Haverkamp's Motion to Dismiss (Dkt. #56) be granted with prejudice, (6) the M&J Defendants' First Amended Motion to Dismiss for Plaintiff's Failure to State a Claim and Lack of Subject Matter Jurisdiction (Dkt. #59) be granted without prejudice, (7) the Beachley Defendants' Motion to Dismiss for Plaintiff's Failure to State a Claim (Dkt. #65) be granted without prejudice, and (8) Defendant Jonathan Heffner's Motion to Dismiss for Plaintiff's Failure to State a Claim and for Lack of Subject

Matter Jurisdiction (Dkt. #76) be granted without prejudice. The Report finally recommended that Plaintiff's case should be dismissed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that (1) Judge Johnson's Motion to Dismiss, with Brief (Dkt. #40) is **GRANTED WITH PREJUDICE**, (2) Cooke County's Motion to Dismiss, with Brief (Dkt. #41) is **GRANTED WITH PREJUDICE**, (3) the Wright Defendants' Amended Motion to Dismiss for Plaintiff's Failure to State a Claim (Dkt. #44) is **GRANTED WITHOUT PREJUDICE**, (4) Judge Robison's Motion to Dismiss (Dkt. #52) is **GRANTED WITH PREJUDICE**, (5) Judge Haverkamp's Motion to Dismiss (Dkt. #56) is **GRANTED WITH PREJUDICE**, (6) the M&J Defendants' First Amended Motion to Dismiss for Plaintiff's Failure to State a Claim and Lack of Subject Matter Jurisdiction (Dkt. #59) is **GRANTED WITHOUT PREJUDICE**, (7) the Beachley Defendants' Motion to Dismiss for Plaintiff's Failure to State a Claim (Dkt. #65) is **GRANTED WITHOUT PREJUDICE**, and (8) Defendant Jonathan Heffner's Motion to Dismiss for Plaintiff's Failure to State a Claim and for Lack of Subject Matter Jurisdiction (Dkt. #76) is **GRANTED WITHOUT PREJUDICE**.

It is finally **ORDERED** that Plaintiff's case is **DISMISSED**.

**So ORDERED and SIGNED this 25th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE